# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
James D. Brooks § Case No. 14-26659
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:00 a.m. on October 20, 2015
in Courtroom 744, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt
                                     Clerk of the Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
James D. Brooks § Case No. 14-26659
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 10.79 |
| leaving a balance on hand of[1] | $ 14,989.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 2.38 | $ 0.00 | $ 2.38 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,812.50 | $ 0.00 | $ 2,812.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 12.74 | $ 0.00 | $ 12.74 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,077.62 |
| Remaining Balance | $ 9,911.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,248.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Gail Brooks | $ 10,248.00 | $ 0.00 | $ 9,911.59 |
| | Total to be paid to priority creditors | | $ | 9,911.59 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,299.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Morgan Stanley Smith Barney Llc & Mssb Fa Notes Ho | $ 130,047.12 | $ 0.00 | $ 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 8,252.56 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/ Steven R. Radtke
            Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-26659-ERW
James D. Brooks                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 1              Date Rcvd: Sep 22, 2015
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2015.
```
db              #+James D. Brooks,    6345 N. Wayne,    Chicago, IL 60660-1307
22182235         +Circuit Court of DuPage County,    505 No. County Farm Rd/,    Wheaton, IL 60187-2518
22182236         +Citicard Visa,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
22182238         +FINRA Dispute Resolution,    55 West Monroe St.,    Suite 2600,    Chicago, IL 60603-5104
22182237         +FINRA Dispute Resolution,    Attn: Matthew Luzi,    55 E. Monroe St, Ste. #2600,
                  Chicago, IL 60603-5723
22182240          Gail Brooks,    6 So. 271 New Castle Rd.,    Naperville, IL 60540
22182241         +Hamburger Law,    c/o Cory Kupfer,    61 W. Palisade Av.,    Englewood, NJ 07631-2706
22263485         +Jaffe & Asher LLP,    Glen P. Berger, Esq.,    attorney for Morgan Stanley Smith Barney,
                  600 Third Avenue,    New York, NY 10016-1901
22182242         +Joanne Bellemy- Trustee,    Joanne Bellamy Trust,    2500 Barton Creek Blvd. #224,
                  Austin, TX 78735-1664
22182243         +Morgan Stanley Smith Barney FA Note,    Holdings LLC c/o Kane & Fischer,
                  208 S. LaSalle St. Ste. #1800,    Chicago, IL 60604-1157
22182244         +Morgan Stanley Smith Barney LLC,    c/o Kane and Fisher  - Paul Cahill,
                  208 S. LaSalle St. Ste. #1800,    Chicago, IL 60604-1157
23324730         +Morgan Stanley Smith Barney LLC & MSSB FA Not,    c/o Jaffe & Asher LLP,    600 Third Avenue,
                  New York, NY 10016-1901
22182246         +White and White,    5330 Main St.,    Ste. #205,    Downers Grove, IL 60515-4861
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23535482         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2015 01:54:20
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 1
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22182245          Recovering Comunities of Step Ahead,    Debtor's address
22182239*        +FINRA Dispute Resolution,    55 West Monroe St.,    Suite 2600,    Chicago, IL 60603-5104
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2015 at the address(es) listed below:
```
              Kent A Gaertner    on behalf of Debtor James D. Brooks kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```