UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| James D. Brooks | § | Case No. 14-26659 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,810.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,790.00 |
| Total Distributions to Claimants: 9,911.59 | Claims Discharged<br>Without Payment: 388,135.09 |
| Total Expenses of Administration: 5,088.41 | |

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,088.41 | 5,088.41 | 5,088.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,390.00 | 10,248.00 | 10,248.00 | 9,911.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 243,109.00 | 138,299.68 | 138,299.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 249,499.00 | $ 153,636.09 | $ 153,636.09 | $ 15,000.00 |

   4) This case was originally filed under chapter 7 on 07/21/2014. The case was pending for 17 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 12/02/2015              By:/s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One-half interest in Real Estate located at 1410 Sunnybrook | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 2.38 | 2.38 | 2.38 |
| Associated Bank | 2600-000 | NA | 10.79 | 10.79 | 10.79 |
| STEVEN R. RADTKE | 3110-000 | NA | 2,812.50 | 2,812.50 | 2,812.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 12.74 | 12.74 | 12.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,088.41 | $ 5,088.41 | $ 5,088.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gail Brooks;6 So. 271 New Castle Rd.;Naperville, IL 60540 | | 6,390.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Gail Brooks | 5100-000 | NA | 10,248.00 | 10,248.00 | 9,911.59 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,390.00 | $ 10,248.00 | $ 10,248.00 | $ 9,911.59 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Circuit Court of DuPage County 505 No. County Farm Rd/ Wheaton, IL 60187 | | 2,500.00 | NA | NA | 0.00 |
| | Citicard Visa P.O. Box 6500 Sioux Falls, SD 57117 | | 8,000.00 | NA | NA | 0.00 |
| | FINRA Dispute Resolution Attn: Matthew Luzi 55 E. Monroe St, Ste. #2600 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Hamburger Law c/o Cory Kupfer 61 W. Palisade Av. Englewood, NJ 07631 | | 407.00 | NA | NA | 0.00 |
| | Joanne Bellemy- Trustee Joanne Bellamy Trust 2500 Barton Creek Blvd. #224 Austin, TX 78735 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Morgan Stanley Smith Barney FA Note Holdings LLC c/o Kane & Fischer 208 S. LaSalle St. Ste. #1800 Chicago, IL 60604 |  | 116,101.00 | NA | NA | 0.00 |
|  | Morgan Stanley Smith Barney LLC c/o Kane and Fisher - Paul Cahill 208 S. LaSalle St. Ste. #1800 Chicago, IL 60604 |  | 116,101.00 | NA | NA | 0.00 |
|  | White and White 5330 Main St. Ste. #205 Downers Grove, IL 60515 |  | 0.00 | NA | NA | 0.00 |
| 1 | Morgan Stanley Smith Barney Llc & Mssb Fa Notes Ho | 7100-000 | NA | 130,047.12 | 130,047.12 | 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 8,252.56 | 8,252.56 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 243,109.00 | $ 138,299.68 | $ 138,299.68 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-26659  ERW  Judge: Eugene R. Wedoff | Trustee Name: STEVEN R. RADTKE |
| Case Name: | James D. Brooks | Date Filed (f) or Converted (c): 07/21/2014 (f) |
| | | 341(a) Meeting Date: 09/08/2014 |
| For Period Ending: | 12/02/2015 | Claims Bar Date: 08/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank Checking Account Ending In #257 | 100.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Savings Account Ending In #239 | 10.00 | 0.00 | | 0.00 | FA |
| 4. Various Household Goods Including Couches, Chairs, Bedroom S | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Met Life Policy Ending In #182. Non-Filing Spouse Is The Be | 3,390.00 | 0.00 | | 0.00 | FA |
| 6. Met Life Policy Ending In #3265. Debot's Non-Filing Spouse | 0.00 | 0.00 | | 0.00 | FA |
| 7. Oppenheimer Illinois State Bright Start #529 Plan Held For | 11,000.00 | 0.00 | | 0.00 | FA |
| 8. Location: 1870 Somerset Ln. Wheaton, Il. (Non-Filing Spouse | 7,000.00 | 1,810.00 | | 0.00 | FA |
| 9. One-half interest in Real Estate located at 1410 Sunnybrook (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $37,600.00  $16,810.00  $15,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee examined Debtor and discovered a possible fraudulent conveyance of his one half interest in home located at 1410 Sunnybrook Drive, Naperville, IL; Subject to court approval, the Trustee has agreed to sell his right, title and interest in the property for $15,000 in full settlement of all matters in dispute.

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-26659 | Trustee Name: STEVEN R. RADTKE |
| Case Name: James D. Brooks | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5703 |
| | Checking |
| Taxpayer ID No: XX-XXX0990 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/15 | 9 | Cheri L. Brooks | Settlement of fraudulent conveyance<br>Settlement of claim of fraudulent transfer of property at 1410 Sunnybrook Drive, Naperville, IL | 1249-000 | $15,000.00 | | $15,000.00 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.79 | $14,989.21 |
| 11/04/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $12,739.21 |
| 11/04/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2.38 | $12,736.83 |
| 11/04/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,812.50 | $9,924.33 |
| 11/04/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $12.74 | $9,911.59 |
| 11/04/15 | 1005 | Gail Brooks<br>6 So. 271 New Castle Rd.<br>Naperville, Il 60540 | Final distribution to claim 2 representing a payment of 96.72 % per court order. | 5100-000 | | $9,911.59 | $0.00 |

| | | | Page Subtotals: | | $15,000.00 | $15,000.00 | |

UST Form 101-7-TDR (10/1/2010)   *(Page: 8)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5703 - Checking | $15,000.00 | $15,000.00 | $0.00 |
|  | $15,000.00 | $15,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals: $0.00 $0.00